**Order filed June 26, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00545-CV

———————

### IN RE CONNIE VASQUEZ HARRISON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

---

## MEMORANDUM ORDER

Relator Connie Vasquez Harrison has filed a petition for writ of habeas corpus. The Court is of the tentative opinion that a serious question concerning the relief requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the Court orders the Sheriff of Harris County to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3); *see also* Tex. Gov't Code Ann. § 22.221(d) (West 2004).

It is further ordered that real party in interest Clifford Layne Harrison's motion for extension of time to file response is hereby granted, and real party in interest Clifford Layne Harrison shall have until June 30, 2015, at 5:00 p.m. to file his response brief and any relevant portions of the record. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.

PER CURIAM

Order filed June 26, 2015.
Panel consists of Justices Jamison, Brown, and Wise.

